**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**DYLAN FORD**                                                                            **PLAINTIFF**

**v.**                                                                     **No. 3:26-cv-00109-MPM-RP**

**RODNEYSE BICHOTTE-HERMELYN,** *et. al.*                           **DEFENDANTS**

## ORDER

On consideration of the record of this action, the Court finds that the Report and Recommendation [4] of the United States Magistrate Judge dated May 7, 2026, recommended dismissal of this action for failure to state a claim and for lack of subject matter jurisdiction; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the Magistrate Judge's Report and Recommendation [4] is **APPROVED AND ADOPTED** as the order of this Court, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the court. The case is hereby **DISMISSED** for failure to state a claim upon which relief can be granted and for lack of subject matter jurisdiction.

A separate judgment in accordance with this order will be entered on this date.

**SO ORDERED** this 27th day of May, 2026.

    /s/Michael P. Mills
    UNITED STATES DISTRICT JUDGE
    NORTHERN DISTRICT OF MISSISSIPPI